**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANK PALOMPELLI,

                Plaintiff,

-against-                      20 **CIVIL** 8070 (CS)

                                **JUDGMENT**

JILIAN SMITH, M.D., FREDERICK BERNSTEIN,
M.D., CARL J. KOENIGSMANN, M.D., and
GREEN HAVEN C.F. MEDICAL DEPT.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 3, 2022, Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 3, 2022

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                       **BY:**      *K. Mango*

                                                    **Deputy Clerk**